IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HILMIJA DZEBIC,

    Plaintiff,

    v

ROANOKE COMPANIES GROUP INC et al,

    Defendants.
    /

FIKRETA OSMANIK,

    Plaintiff,

    v

ROANOKE COMPANIES GROUP INC et al,

    Defendants.
    /

No   C 10-2363 VRW
      C 10-2364 VRW

ORDER TO SHOW CAUSE

    Counsel for plaintiffs moved to withdraw on August 31, 2010.  Doc #218 in 10-2363; Doc #210 in 10-2364.  Plaintiffs are hereby ORDERED to SHOW CAUSE in writing on or before October 1, 2010 why the motion to withdraw should not be granted.  A further scheduling order shall follow resolution of the motion to withdraw.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge