UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILMIJA DZEBIC,

    Plaintiff,

    v.

ROANOKE COMPANIES GROUP, INC., et al.,

    Defendant.

_____/

No. C 10-2363 PJH

**ORDER**

The court is in receipt of a motion by plaintiff Hilmija Dzebic to consolidate this product liability action with another action – presumably the related case No. C-10-2364 – and a motion for leave to file an amended "class action" complaint. The motions are DENIED. As stated in the order filed in case C-10-2364 concurrently with this order, little remains to be decided in that case. In addition, the deadline for seeking leave to amend has already passed, and plaintiff has articulated no good cause for permitting amendment.

At the point at which this case was transferred from the Northern District of Georgia, fact discovery had closed and the case was ready for trial. Following plaintiff's counsel's withdrawal from the case, plaintiff was given more than six months to locate new counsel. Nevertheless, he failed to do so.

At the April 21, 2011 case management conference, the case was set for trial on November 14, 2011. In the case management and pretrial order that was issued on May 2, 2011, the expert discovery cut-off date was set for June 15, 2011, and the pretrial

conference date was set for October 13, 2011.  The parties are required to meet and confer regarding preparation of the joint pretrial statement no later than September 8, 2011, and pretrial papers are required to be filed no later than September 14, 2011.

Given that pretrial papers are due less than three weeks from the date of this order, plaintiff's assertion that defendants will not be prejudiced by the filing of an amended complaint, and that "the parties still have time to conduct additional discovery," is nonsensical.

**IT IS SO ORDERED.**

Dated:  August 29, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge