EDWARD B. RUFF, III (SBN 6181322)(*pro hac vice*)
MICHAEL P. TURIELLO (SBN 6238272)(*pro hac vice*)
Pretzel & Stouffer, Chartered
1 South Wacker Drive, Ste. 2500
Chicago, IL 60606
Telephone: (312) 346-1973
*Attorneys for Defendant, ROANOKE COMPANIES GROUP, INC., n/k/a BRTT, INC.*

JOHN P. MACNAUGHTON
SESLEE S. MATTSON
Morris Manning & Martin, LLP
3343 Peachtree Road, N.E., Ste. 1600
Atlanta, GA 30326-1044
Telephone: (404) 233-7000
*Attorneys for Defendant, HOME DEPOT U.S.A., INC.*

RICHARD M. WILLIAMS (SBN 68032)
Gray Duffy, LLP
702 Marshall Street, Suite 600
Redwood City, California 94063
Telephone: (650) 365-7343
Facsimile: (650) 365-6225
*Attorneys for Defendants, ROANOKE COMPANIES GROUP, INC., n/k/a BRTT, INC. and HOME DEPOT U.S.A., INC.*

DENISE A. DICKERSON (OH#0064947)(*pro hac vice*)
Sutter O'Connell & Farchione Co., LPA
1301 East 9th Street, Ste 3600
Cleveland, OH 44114
Telephone: (216) 928-2200
*Attorneys for Defendant, AEROFIL TECHNOLOGY, INC.*

RALPH W. ROBINSON (SBN 51436)
CATHERINE E. KOSS (SBN 244857)
Wilson Elser Moskowitz Edelman & Dicker, LLP
525 Market St, 17th Fl.
San Francisco, CA 94105
Telephone: (415) 433-0990
*Attorneys for Defendant, AEROFIL TECHNOLOGY, INC.*

WILLIAM D. SANDERS
McGivney & Kluger, P.C.
23 Vreeland Road, Suite 220
Florham Park, New Jersey 07932
Telephone: (973) 822-1110
*Attorneys for Defendant, SLR, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| HILMIJA DZEBIC, <br><br> Plaintiff, <br><br> v. <br><br> ROANOKE COMPANIES GROUP, INC., now known as BRTT, INC., HOME DEPOT U.S.A., INC., and AEROFIL TECHNOLOGY, INC., <br><br> Defendants. | CASE NO. 3:10-cv-02363-PJH |

### ~~PROPOSED~~ STIPULATION AND CONSENT ORDER OF DIMISSAL WITH PREJUDICE OF SLR, INC. PURSUANT TO FRCP 41(A)(2)

This matter having been opened to the Court pursuant to Federal Rule of Civil Procedure 41(a)(2) by Defendant/Cross-Plaintiff Roanoke Companies Group, Inc., ("Roanoke"), now known as BRTT, Inc., and Defendant/Cross-Defendant SLR, Inc. only, should be dismissed with prejudice, and without costs, and the Court having considered the consent of the parties hereto as evidenced by the signatures of their respective attorneys at the foot hereof, and for good cause shown,

It is on the 23rd day of September, 2011 ORDERED:

That Defendant/Cross-Plaintiff Roanoke Companies Group, Inc.'s claims against SLR, Inc. only be and are hereby dismissed with prejudice and without costs against either party.

IT IS SO ORDERED.

Date:  9/26/11



Phyllis J. Hamilton
United States

We hereby consent to the form and entry of the within Order:

    By: /s/ Michael P. Turiello
        Michael P. Turiello (IL Bar No. 6238272)
        Pretzel & Stouffer, Chartered
        One South Wacker Drive, Suite 2500
        Chicago, Illinois 60606
        Telephone: (312) 578-7450
        E-mail: mturiello@pretzel-stouffer.com
        *Attorney for Defendant, ROANOKE COMPANIES GROUP, INC., n/k/a BRTT, INC.*

    By: /s/ William D. Sanders
        William D. Sanders
        McGivney & Kluger, P.C.
        23 Vreeland Road
        Suite 220
        Florham Park, New Jersey 07932
        Telephone: (973) 822-1110
        *Attorneys for Defendant, SLR, INC.*

Dated: September 23, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September 2011, a true copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system. Plaintiff will be served via United States Mail at 1832 Reisling Drive, Lodi, CA 95240.

| | |
|---|---|
| Hilmija Dzebic<br>1832 Reisling Drive<br>Lodi, CA 95240 | *Pro Se Plaintiff* |
| Edward B. Ruff (SBN 6181322)<br>Michael P. Turiello (SBN 6238272)<br>Crystal L. Leighton (SBN 6290021)<br>Pretzel & Stouffer, Chartered<br>One South Wacker Drive, Ste. 2500<br>Chicago, IL 60606<br>Telephone: (312) 578-7450<br>Facsimile: (312) 346-8242 | *Attorneys for Defendant,*<br>*Roanoke Companies Group, Inc., n/k/a Brtt, Inc.* |
| John P. MacNaughton (SBN 464550)<br>Seslee S. Mattson (SBN 663377)<br>Morris Manning & Martin, LLP<br>3343 Peachtree Road, N.E., Ste. 1600<br>Atlanta, GA 30326<br>Telephone: (404) 233-7000<br>Facsimile: (404) 365-9532 | *Attorneys for Defendant,*<br>*Home Depot USA., Inc.* |
| Richard M. Williams (SBN 68032)<br>Gray Duffy, LLP<br>702 Marshall Street, Ste. 600<br>Redwood City, CA 94063<br>Telephone: (650) 365-7343<br>Facsimile: (650) 365-6225 | *Local Counsel for Defendants,*<br>*Roanoke Companies Group, Inc., n/k/a Brtt, Inc. and Home Depot USA, Inc.* |
| Denise A. Dickerson<br>Sutter O'Connell & Farchione Co., LPA<br>1301 East 9th Street, Ste. 3600<br>Cleveland, OH 44114<br>Telephone: (216) 928-2200 | *Attorneys for Defendant, Aerofil Technology Inc.* |

Ralph W. Robinson (SBN 51436)   *Local Counsel for Defendant,*
Catherine E. Koss (SBN 244857)   *Aerofil Technology, Inc.*
Wilson Elser Moskowitz Edelman & Dicker, LLP
525 Market St., 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990